# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KIRCHENBERG,<br>Plaintiff,<br>v.<br>CALIFORNIA WATER SERVICES, et al.,<br>Defendants. | Case No. 1:26-cv-06225-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 21, 2026** |

On June 11, 2026, Plaintiff commenced this action in California Superior Court, Tulare County, and on August 5, 2026, Defendant California Water Services removed the action to this Court. (ECF No. 1.) The initial scheduling conference is scheduled for November 12, 2026. (ECF No. 3.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, Defendant Jaun Cisneros has not answered, nor has Plaintiff filed a summons returned executed or other proof of service.

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before October 21, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendant Juan Cisneros; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for this Defendant to appear in this action; and/or whether Plaintiff intends to move for an entry of default.

In addition, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m), and Plaintiff should move for an extension of time to effectuate service should it be necessary.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge