# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KIRCHENBERG,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICES, et al.<br><br>Defendants. | Case No. 1:26-cv-06225-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 10) |

On October 15, 2026, the Court directed Plaintiff to file a status report regarding the status of service upon Defendant Juan Cisneros, and whether the scheduling conference should be continued to allow for Defendant to appear in this action. (ECF No. 9.) On October 20, 2026, Plaintiff timely complied and stated that the process server is currently attempting to serve Defendant and that continuing the scheduling conference would be in the best interest of all parties. (ECF No. 10.)

Based on the fact that service has not been effectuated yet, the Court HEREBY CONTINUES the initial scheduling conference to **January 12, 2027, at 2:30 p.m.** In addition, the Court notes that the time for Plaintiff to complete service has not expired, pursuant to Fed. R. Civ. P. 4(m). Should it be necessary, Plaintiff should move for an extension of time to effectuate service.

IT IS SO ORDERED.

Dated: **October 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge