# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KIRCHENBERG,<br>Plaintiff,<br>v.<br>CALIFORNIA WATER SERVICES, et al.,<br>Defendants. | Case No. 1:26-cv-06225-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF COURT TO TERMINATE DEFENDANT JUAN CISNEROS<br><br>(ECF No. 12) |

On November 3, 2026, Plaintiff filed a notice of voluntary dismissal of this action as to Defendant Juan Cisneros. (ECF No. 12.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, Defendant Juan Cisneros has not filed an answer, other responsive pleading, or motion for summary judgment.

/ / /

Accordingly, the Clerk of Court is HEREBY ORDERED to TERMINATE Defendant Juan Cisneros in this action.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge